UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LUNIQUE AGOSTINI, on behalf of herself
and all others similarly situated,

                              Plaintiff,

                -against-

FANTASIA TRADING, LLC,

                              Defendant.

24-CV-5146 (JGLC)

**ORDER**

JESSICA G. L. CLARKE, United States District Judge:

IT IS HEREBY ORDERED that, within thirty (30) days of service of the summons and complaint, the parties must meet and confer for at least one hour in a good-faith attempt to settle this action. To the extent the parties are unable to settle the case themselves, they must also discuss whether further settlement discussions through the district's court-annexed mediation program or before a magistrate judge would be productive at this time.

IT IS FURTHER ORDERED that within fifteen (15) additional days (*i.e.*, within forty-five (45) days of service of the summons and complaint), the parties must submit a joint letter informing the Court whether the parties have settled. If the parties do not reach a settlement, the parties shall in the joint letter request that the Court (1) refer the case to mediation or a magistrate judge for a settlement conference (and indicate a preference between the two options), or (2) proceed with an initial pretrial conference.

Dated: July 10, 2024                          SO ORDERED.
          New York, New York

                                        _Jessica Clarke_____

                                        JESSICA G. L. CLARKE
                                        United States District Judge